FORM 26. Docketing Statement                                      Form 26 (p. 1)
                                                                   July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2023-1463

**Short Case Caption:** Gesture Technology Partners, LLC v. Apple Inc.

**Filing Party/Entity:** Apple Inc.

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Patent Trial & Appeal Board | IPR2021-00922, IPR2022-00900 IPR2022-00360 | Inter Partes Review |

**Relief sought on appeal:** ☐ None/Not Applicable

Affirmance of the Patent Trial and Appeal Board's decision that claims 1-6, 8-16, 18-26, 28-30 of U.S. Patent No. 8,553,079 are unpatentable.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Decision that claims 1-6, 8-16, 18-26, 28-30 of U.S. Patent No. 8,553,079 are unpatentable.

**Briefly describe the judgment/order appealed from:**

In the Final Written Decision, the Patent Trial & Appeal Board determined that claims 1-6, 8-16, 18-26, 28-30 U.S. Patent No. 8,553,079 were unpatentable as obvious in view of various combinations of Numazaki, Numazaki '863, DeLuca, DeLeeuw, Maruno, and Knowledge of a PHOSITA.

**Nature of judgment (select one):**          **Date of judgment:** 11/28/22

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

FORM 26. Docketing Statement                                                Form 26 (p. 2)
                                                                             July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

[ ]

Issues to be raised on appeal:  ☐ None/Not Applicable

Whether the Patent Trial & Appeal Board's determination that claims 1-6, 8-16, 18-26, 28-30 of U.S. Patent No. 8,553,079 as unpatentable should be upheld.

Have there been discussions with other parties relating to settlement of this case?
☐  Yes     ☑  No

If "yes," when were the last such discussions?
    ☐ Before the case was filed below
    ☐ During the pendency of the case below
    ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?     ☐ Yes     ☐ No

If they were mediated, by whom?

[ ]

Do you believe that this case may be amenable to mediation? ☐ Yes  ☑ No  Explain.

Apple does not believe that a mediation would be successful in view of the inter partes review decisions and the parties' views on the matter.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

N/A

Date: 2/21/23          Signature: /s/ Adam P. Seitz
                       Name: Adam P. Seitz

Save for Filing