**FORM 9A. Notice of Related Case Information**　　　　　　　　　　　　Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 23-1463

**Short Case Caption** Apple Inc. v. Gesture Technology Partners, LLC

**Filing Party/Entity** Apple Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Gesture Tech. Partners, LLC v. Apple, Inc. No. 4:22-cv-04806 (N.D. Cal.); Gesture Tech. Partners, LLC v. LG Electronics, Inc. et al., No. 2:21-cv-19234 (D.N.J.); Gesture Tech. Partners LLC v. Motorola Mobility LLC, No. 1:22-cv-03535 (N.D. Ill.); Gesture Tech. Partners, LLC v. Lenovo Grp. Ltd. et al., No. 6:21-cv-00122 (W.D. Tex.); Apple Inc. v. Gesture Tech. Partners LLC, No. 23-1501 (Fed. Cir.); Gesture Tech. Partners LLC v. Apple Inc., No. 23-1554 (Fed. Cir.); Ex Parte Reexamination No. 90/014,900 of U.S. Patent No. 8,553,079, before the USPTO (reexam ordered December 20, 2021).

☐ Additional pages attached

FORM 9A. Notice of Related Case Information                                          Form 9A (p. 2)
                                                                                      March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Apple Inc.; Gesture Technology Partners, LLC; Google LLC; Lenovo Group Ltd.; LG Electronic Inc.; LG Electronics U.S.A., Inc.; Motorola Mobility LLC

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 08/15/2023                              Signature: /s/ Jonas Q. Wang

                                              Name:      Jonas Q. Wang

Form 9A: Notice of Related Case Information Addendum

| Law Firm | Partners and Associates |
| --- | --- |
| HOGAN LOVELLS US LLP | C. Matthew Rozier |
| WILLIAM SIMONS & LANDIS PLLC | Todd E. Landis, John Wittenzellner, Michael Simons, Todd E. Landis, Fred I. Williams, Eric R. Carr |
| DLA PIPER LLP | Michael D. Jay, Sean C. Cunningham, John Michael Guaragna, Christopher Deck, Catherine Huang, Paul R. Steadman, Benjamin S. Mueller, Stanley J. Panikowski, Matthew D. Satchwell |
|  | Thomas L. McMasters |
| MIDLIGE RICHTER LLC | James S. Richter |
| WALSH PIZZI O'REILLY FALANGA LLP | Liza M. Walsh, William T. Walsh, Hector D. Ruiz, Lauren R. Malakoff |
| STAMOS & TRUCCO LLP | Brian E. Martin |
| DYKEMA GOSSETT PLLC | Robert D. Garza |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | Erika Amer, Daniel Cooley |
| ERISE IP, P.A. | Adam P. Seitz, Clifford T. Brazen, Paul R. Hart |