# United States Court of Appeals for the Federal Circuit

---

**GESTURE TECHNOLOGY PARTNERS, LLC,**
*Appellant*

v.

**APPLE INC., LG ELECTRONICS INC., LG ELECTRONICS USA, INC., GOOGLE LLC,**
*Appellees*

---

2023-1463

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00922, IPR2022-00090, IPR2022-00360.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

January 27, 2025
Date

Jarrett B. Perlow
Clerk of Court